IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| GEORGE K. BAUM ADVISORS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-2442 JTM/KMH |
| | ) | |
| SPRINT SPECTRUM, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT SPRINT SPECTRUM, L.P.'S MOTION FOR SUMMARY JUDGMENT

Defendant Sprint Spectrum, L.P., respectfully moves the Court for summary judgment in its favor for the reasons set forth in Defendant's Memorandum in Support of Motion for Summary Judgment, which is filed contemporaneously with this Motion and incorporated herein by reference.

Respectfully submitted,

POLSINELLI PC


By:   /s/ Brett C. Randol
      GREG L. MUSIL (KS #13398)
      BRETT C. RANDOL (KS #22794)
      6201 College Boulevard, Suite 500
      Overland Park, KS 66211
      Telephone: 913-451-8788
      Facsimile: 913-451-6205
      E-mail: gmusil@polsinelli.com
      E-mail: brandol@polsinelli.com

And

RUSSELL S. JONES, JR. (#70214)
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
Telephone: 816-421-3355
Facsimile: 816-374-0509
E-mail: rjones@polsinelli.com

ATTORNEYS FOR DEFENDANT
SPRINT SPECTRUM, L.P.

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Horn, Esq.
K. Christopher Jayaram, Esq.
Horn, Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone:   816-421-0700
Facsimile:   816-421-0899
E-mail:   rhorn@hab-law.com
E-mail:   cjayaram@hab-law.com

ATTORNEYS FOR PLAINTIFF
GEORGE K. BAUM ADVISORS, LLC


      /s/ Brett C. Randol